**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   11

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | GAM Venture, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 76-0681818 |

4.  **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 31142 Gilmer Road<br>Grayslake, IL 60030<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Lake<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | GAM Venture, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | GAM Venture, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**     .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    GAM Venture, LLC
_____    _____
Name                                                                          Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 23, 2016
_____
MM / DD / YYYY

**X** /s/ John D. Cargill
_____    John D. Cargill
Signature of authorized representative of debtor    _____
Printed name

Title    Manager
_____

**18. Signature of attorney**

**X** /s/ Joseph E. Cohen
_____    Date    August 23, 2016
Signature of attorney for debtor                            _____
MM / DD / YYYY

Joseph E. Cohen
_____
Printed name

Cohen & Krol
_____
Firm name

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
_____
Number, Street, City, State & ZIP Code

Contact phone    312.368.0300      Email address    _____

3123243
_____
Bar number and State

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

████   Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 23, 2016
MM / DD / YYYY

X _____        John D. Cargill
Signature of authorized representative of debtor        Printed name

Title    Manager

**18. Signature of attorney**        X _____        Date    August 23, 2016
Signature of attorney for debtor            MM / DD / YYYY

Joseph E. Cohen
Printed name

Cohen & Krol
Firm name

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
Number, Street, City, State & ZIP Code

Contact phone    312.368.0300        Email address _____

3123243
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | GAM Venture, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BSB Design, Inc. Attn:  Joe Safin 3436 N Kennicott, Ste 100 Arlington Heights, IL 60004 | | Architect fees | | | | $23,863.51 |
| Campion, Curran & Lamb & Cunabaugh 8600 US Highway 14 Suite 201 Crystal Lake, IL 60012 | | attorneys fees | | | | $220,000.00 |
| CG Schmidt, Inc. 11777 West Lake Park Drive Milwaukee, WI 53224 | | Engineering fees | | | | $214,607.48 |
| John D. Cargill 31142 Gilmer Road Grayslake, IL 60030 | | Loans | | | | $200,000.00 |
| Johnson & Associates Attn: Thomas Johnson 26767 West Brandenburg Ingleside, IL 60041 | | Accounting services | | | | $4,500.00 |
| Lake County Treasurer 18 N. County St. Waukegan, IL 60085 | | Real estate taxes for 2015 & 2016 | | | | Unknown |
| Libertyville Bank & Trust 507 N. Milwaukee Ave. Libertyville, IL 60048 | | 31142 Gilmer Road, Grayslake, IL | | Unknown | $4,500,000.00 | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

| Debtor | GAM Venture, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pearson, Brown & Associates, Inc.<br>1850 W Winchester Road<br>Suite 205<br>Libertyville, IL 60048 | | Engineering fees | | | | $2,722.50 |
| Project Predict Inc.<br>1700 Milwaukee Ave.<br>Suite 202<br>Glenview, IL 60025 | | Financial Modeling | | | | $12,500.00 |
| Richard J. Nakon & Associates<br>121 E. Liberty Street<br>Suite 3<br>Wauconda, IL 60084 | | Legal fees | | | | $7,809.50 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___GAM Venture, LLC_____

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | Dale Berger | | |
|---|---|---|---|

| | | **Describe debtor's property that is subject to a lien** | $4,336,996.20 | $4,500,000.00 |
|---|---|---|---|---|

Creditor's Name

1205 Garland Road
Wauconda, IL 60084

Creditor's mailing address

31142 Gilmer Road, Grayslake, IL

**Describe the lien**
First and Second Mortgage
**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
2007 and 2011
**Last 4 digits of account number**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | Libertyville Bank & Trust | | Unknown | $4,500,000.00 |
|---|---|---|---|---|

Creditor's Name

507 N. Milwaukee Ave.
Libertyville, IL 60048

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
31142 Gilmer Road, Grayslake, IL

**Describe the lien**
Potential mortgage - may have been released
**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
2011
**Last 4 digits of account number**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **GAM Venture, LLC**
Name

Case number (if know) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $4,336,996.20 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___GAM Venture, LLC___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
| Lake County Treasurer | ☐ Contingent | | |
| 18 N. County St. | ☐ Unliquidated | | |
| Waukegan, IL 60085 | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| | Real estate taxes for 2015 & 2016 | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No | | |
| | ☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,863.51 |
| BSB Design, Inc. | ☐ Contingent | |
| Attn:  Joe Safin | ☐ Unliquidated | |
| 3436 N Kennicott, Ste 100 | ☐ Disputed | |
| Arlington Heights, IL 60004 | Basis for the claim: ___Architect fees___ | |
| **Date(s) debt was incurred** ___2013 to present___ | | |
| **Last 4 digits of account number** ___ | Is the claim subject to offset?  ☑ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220,000.00 |
| Campion, Curran & Lamb & Cunabaugh | ☐ Contingent | |
| 8600 US Highway 14 | ☐ Unliquidated | |
| Suite 201 | ☐ Disputed | |
| Crystal Lake, IL 60012 | Basis for the claim: ___attorneys fees___ | |
| **Date(s) debt was incurred** ___2009 to present___ | | |
| **Last 4 digits of account number** ___ | Is the claim subject to offset?  ☑ No  ☐ Yes | |

| Debtor | GAM Venture, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.3** | **Nonpriority creditor's name and mailing address**
CG Schmidt, Inc.
11777 West Lake Park Drive
Milwaukee, WI 53224

**Date(s) debt was incurred** 2009 to present
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Engineering fees

Is the claim subject to offset? ■ No ☐ Yes

$214,607.48

---

**3.4** | **Nonpriority creditor's name and mailing address**
John D. Cargill
31142 Gilmer Road
Grayslake, IL 60030

**Date(s) debt was incurred** 2009 to present
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loans

Is the claim subject to offset? ■ No ☐ Yes

$200,000.00

---

**3.5** | **Nonpriority creditor's name and mailing address**
Johnson & Associates
Attn: Thomas Johnson
26767 West Brandenburg
Ingleside, IL 60041

**Date(s) debt was incurred** 2014-2016
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounting services

Is the claim subject to offset? ■ No ☐ Yes

$4,500.00

---

**3.6** | **Nonpriority creditor's name and mailing address**
Pearson, Brown & Associates, Inc.
1850 W Winchester Road
Suite 205
Libertyville, IL 60048

**Date(s) debt was incurred** 2013 to present
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Engineering fees

Is the claim subject to offset? ■ No ☐ Yes

$2,722.50

---

**3.7** | **Nonpriority creditor's name and mailing address**
Project Predict Inc.
1700 Milwaukee Ave.
Suite 202
Glenview, IL 60025

**Date(s) debt was incurred** 2013 to present
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Financial Modeling

Is the claim subject to offset? ■ No ☐ Yes

$12,500.00

---

**3.8** | **Nonpriority creditor's name and mailing address**
Richard J. Nakon & Associates
121 E. Liberty Street
Suite 3
Wauconda, IL 60084

**Date(s) debt was incurred** 2009 to present
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal fees

Is the claim subject to offset? ■ No ☐ Yes

$7,809.50

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor    GAM Venture, LLC
_____
Name

Case number (if known) _____

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 686,002.99 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 686,002.99 |

**Fill in this information to identify the case:**

Debtor name ___GAM Venture, LLC___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___GAM Venture, LLC___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 John D. Cargill | 31142 Gilmer Road Grayslake, IL 60030 | Dale Berger | ☑ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.2 John D. Cargill | 31142 Gilmer Road Grayslake, IL 60030 | Libertyville Bank & Trust | ☑ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.3 John D. Cargill | 31142 Gilmer Road Grayslake, IL 60030 | CG Schmidt, Inc. | ☐ D _____ ☑ E/F ___3.3___ ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   GAM Venture, LLC _____   Case No. _____

_____ Debtor(s)   Chapter   11 _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 12,000.00 |
| Prior to the filing of this statement I have received | $ | 12,000.00 |
| Balance Due | $ | 0.00 |

2.  $ 0.00  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       Representations of Debtor against Motions for Relief and Motions to Dismiss

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       Representation of the debtors in any dischargeability actions or any other adversary proceeding.

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 23, 2016 _____

*Date*

Joseph E. Cohen 3123243

*Signature of Attorney*

Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
312.368.0300  Fax: 312.368.4559

*Name of law firm*

---

# COHEN & KROL

ATTORNEYS AT LAW
105 WEST MADISON STREET
SUITE 1100
CHICAGO, ILLINOIS 60602
TELEPHONE (312) 368-0300
FAX (312) 368-4559

ALLAN R. COHEN (1923 - 1989)

JOSEPH E. COHEN
GINA B. KROL

LAKE COUNTY OFFICE

20 NORTH MARTIN LUTHER KING AVE.
WAUKEGAN, ILLINOIS 60085
TELEPHONE (847) 249-4144

## REPRESENTATION AGREEMENT

I, John D. Cargill, Manager of GAM Venture, LLC, discussed with Joseph E. Cohen of COHEN & KROL ("C & K") the companies objectives in filing a Chapter 11 proceeding and I agree to have the Debtor or a third party pay $12,0000.00 as a retainer for legal services to be rendered for the filing of a Chapter 11.  The Debtor or a third party will also advance the sum of $2,000.00 for reimbursement of expenses to be incurred by Cohen & Krol.

The Debtor or a third party has paid an Advance Payment Retainer of $12,000.00 to Cohen & Krol. An Advance Payment Retainer is a present payment to a lawyer in exchange for the commitment to provide legal services in the future. Ownership of an Advance Payment Retainer passes to the lawyer immediately upon payment, making it easier for Cohen & Krol to continue represent the Debtor in its bankruptcy. You recognize that an Advanced Payment Retainer may be advantageous to the Debtor, because it may protect the retainer from creditors, and Cohen & Krol is unable to represent the Debtor without protection afforded by an Advance Payment Retainer. The Advance Payment Retainer will be deposited into a Cohen for business account, and not into a client funds account, as ownership of the Advance Payment Retainer passes to Cohen & Krol upon payment. We feel this amount is reasonable since we anticipate significant legal fees in handling your project. You acknowledge that you have the right to choose the type of retainer that you pay to Cohen & Krol and that you are choosing to make and Advance Payment Retainer.

COHEN & KROL agrees to render legal service for all aspects of the bankruptcy

1

case, including:

a. Analyze Client's financial circumstance based on information provided by Client;
b. Make recommendations to Client on options for reorganizing Client's debts, based upon information provided by Client;
c. Advise Client of the requirements which must be satisfied by debtors in a Chapter 11 case, including Debtor-In-Possession requirements;
d. Prepare and file the petition , schedules, disclosures and the documents which must be filed in the contemplated bankruptcy case base upon information provided by Client;
e. Represent Client at the meeting of creditors and in providing information to the case Trustee and the U.S. Trustee;
f. Prepare such motions and other documents that are necessary to enable client to operate as a Debtor in possession and to fulfill the requirements of the Bankruptcy Code, including responding to motions or complaints filed by parties in interest;
g. Prepare and file the Chapter 11 Plan of Reorganization, Disclosure Statements, Ballots and related documents for confirmation of a Chapter 11 Plan;
h. Provide competent legal services its Client to fulfill the objectives of the engagement;
i. Provide advice and consultation to its Client on matters or issues relating to the engagement; and
j. Keep its Client informed of significant events relating to the engagement.


Responsibilities of GAM Venture, LLC

During the term of this engagement, its Client agrees to:

a. Provide C&K with full, accurate and timely information concerning the subject of the engagement;
b. Provide C&K with all documents within Client's possession or control relating to the subject of the engagement;
c. When requested to do so, to appear at scheduled meetings, telephone conferences, depositions and court hearings;
d. Cooperate and assist the attorneys and paralegal assigned by C&K to represent the Clients in performing their duties;
e. Make all payments of retainers, fees and costs required under this Agreement when due; and

f.  Retain and preserve all documents, including information stored in an electronic format and emails, and all other evidence related to the subject of the engagement.

Fees for the services rendered will be at the hourly billing rate of $510.00 an hour for Joseph E. Cohen, $500.00 for Gina B. Krol and $350.00 an hour for an associate attorney.

The services of COHEN & KROL can be terminated at any time.  Similarly, COHEN & KROL may withdraw from its representation of you, consistent with the Rules of Professional Conduct, should you fail to disclose any material facts or act contrary to the Firm's advice, or if anything else occurs that, in the Firm's judgment, impairs its ability to continue an effective attorney-client relationship.

Although we will perform our professional services on your behalf to the best of our ability, we cannot make, and have not made, any guarantees regarding the outcome of the matter for which you have engaged us.  Our expressions about the outcome of the matter are our best professional estimates only and are limited by our knowledge at the time they are expressed.

Date: August 23, 2016

Signed:

GAM Venture, LLC                              Cohen & Krol

BY _____            BY: _____
       Its Manager                                      Attorney for Debtor

3

# United States Bankruptcy Court
## Northern District of Illinois

In re    GAM Venture, LLC                             Case No. _____

                                 Debtor(s)       Chapter    11

## LIST OF EQUITY SECURITY HOLDERS
## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    August 23, 2016                      Signature _____

                                                  John D. Cargill

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  GAM Venture, LLC _____    Case No. _____

_____ Debtor(s)    Chapter  11 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    8

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  August 23, 2016 _____    _____

John D. Cargill/Manager
Signer/Title

BSB Design, Inc.
Attn:  Joe Safin
3436 N Kennicott, Ste 100
Arlington Heights, IL 60004


Campion, Curran & Lamb & Cunabaugh
8600 US Highway 14
Suite 201
Crystal Lake, IL 60012


CG Schmidt, Inc.
11777 West Lake Park Drive
Milwaukee, WI 53224


Dale Berger
1205 Garland Road
Wauconda, IL 60084


John D. Cargill
31142 Gilmer Road
Grayslake, IL 60030


Johnson & Associates
Attn: Thomas Johnson
26767 West Brandenburg
Ingleside, IL 60041


Lake County Treasurer
18 N. County St.
Waukegan, IL 60085


Libertyville Bank & Trust
507 N. Milwaukee Ave.
Libertyville, IL 60048


Pearson, Brown & Associates, Inc.
1850 W Winchester Road
Suite 205
Libertyville, IL 60048


Project Predict Inc.
1700 Milwaukee Ave.
Suite 202
Glenview, IL 60025

Richard J. Nakon & Associates
121 E. Liberty Street
Suite 3
Wauconda, IL 60084

# United States Bankruptcy Court
## Northern District of Illinois

In re   GAM Venture, LLC _____

Debtor(s)

Case No. _____

Chapter   11 _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   GAM Venture, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 23, 2016 _____

Date

_____

Joseph E. Cohen 3123243

Signature of Attorney or Litigant

Counsel for   GAM Venture, LLC _____

Cohen & Krol

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
312.368.0300 Fax:312.368.4559